United States District Court
Southern District of Texas
**ENTERED**
November 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMMY PIZZITOLA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:20-CV-2256 |
| § | |
| ETHICON, INC., et al. § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is the Motion for Reconsideration filed by Ethicon Inc. and Johnson & Johnson Inc. (collectively, "Ethicon"), and a Motion for Reconsideration filed by C.R. Bard, Inc. ("Bard") (collectively, hereinafter "Defendants"). (Instruments No. 138; No. 139). Pursuant to Federal Rule of Civil Procedure 54(b), Defendants request the Court to reconsider its Order denying the motion for summary judgment on Plaintiff's failure to warn claims. (Instruments No. 138 at 1; No. 139 at 1). Having considered the motions, responses, and replies,

**IT IS HEREBY ORDERED** Defendants' Motions for Reconsideration are **DENIED**. **(Instruments No. 138; No. 139).**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this 6th day of November, 2020.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE